CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT STEVEN JOYCE, <br> Plaintiff, <br> v. <br> SGT. PHILIPS, <br> Defendant(s). | CASE NO. 7:15CV00549 <br><br> FINAL ORDER <br><br> By: Hon. Glen E. Conrad <br> Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action under 42 U.S.C. § 1983 is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(a); plaintiff's motion for preliminary injunctive relief, motion to amend, and motion to obtain video footage (ECF Nos. 1, 4, and 9) are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 23rd day of November, 2015.

_____
Chief United States District Judge