IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT STEVEN JOYCE | ) |
| | ) Case No. 7:15CV00549 |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| SGT. PHILIPS, <u>ET AL.</u>, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

By opinion and order entered November 25, 2015, the court summarily dismissed this civil rights action under 42 U.S.C. § 1983 without prejudice, because plaintiff failed to make a good faith attempt to exhaust administrative remedies before filing the action. Because this case is now closed, it is now

**ORDERED**

that plaintiff's pending motions seeking to subpoena a copy of a letter and to obtain administrative remedy forms are **DENIED** as moot. Plaintiff is advised that his case was dismissed without prejudice to his ability to refile one or more of claims, provided that he first exhausts administrative remedies at the prison as to each claim and follows federal rules about not bringing unrelated claims in the same lawsuit.

The Clerk is directed to send a copy of this order to the plaintiff.

**ENTER:** This 30th day of November, 2015.

Chief United States District Judge